# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2182

_____

| | |
|---|---|
| James P. Entwistle, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * Appeal from the United States |
| | * District Court for the |
| Mike Bridges, Sheriff, Van Burean | * Eastern District of Arkansas. |
| County; Bill Eoff, Jail Administrator, | * |
| Van Buren County, | * **[UNPUBLISHED]** |
| | * |
| Appellees. | * |

_____

Submitted: October 6, 1998
Filed: November 6, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

James P. Entwistle, an Arkansas prisoner, appeals from the district court's[1] judgment in favor of defendants following a bench trial in this 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' submissions, we conclude that the district court did not abuse its discretion in denying Entwistle appointed counsel,

_____

[1]The Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

see Edgington v. Missouri Dep't of Corrections, 52 F.3d 777, 780 (8th Cir. 1995), and we affirm the court's judgment for the reasons set forth in its memorandum opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.